# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>GPS Tracking Warrant on Cellular Telephone Number (805) 895-2615 | Case No. 2:24-mj-00536-NJK<br><br>**ORDER** |

On June 13, 2024, the undersigned issued a tracking warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than June 16, 2025, the Government is hereby **ORDERED** to provide to the chambers of the undersigned a return with the required information.

The Clerk's Office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Edward Penetar.

IT IS SO ORDERED.

Dated: June 2, 2025

Nancy J. Koppe
United States Magistrate Judge